**Nick Colovos, appellee, v. Herman Emmerman, appellant. Gen. No. 25,685.**

Action for damages to automobile caused by collision with another automobile. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed April 12, 1920.

## (625)

Bernard J. Brown, for appellant. Culver, Andrews, King & Stitt and Raymond Visser, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.